1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05 0759 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER |
| v. | ) | FINDING EXCLUDABLE TIME; |
| | ) | SPEEDY TRIAL ACT |
| LAURIE GRIFFEN, | ) | 18 U.S.C. § 3161(h)(8)(A) & (B) |
| Defendant. | ) | |

The parties appeared before the Court on December 21, 2005 for defendant Laurie Griffen's initial appearance and arraignment on the indictment in the above-captioned case. Assistant Federal Public Defender Daniel Blank appeared on behalf of the defendant, who was present. Assistant United States Attorney Susan Badger appeared on behalf of the United States.

The Court arraigned the defendant on the charges in the indictment, advised her of the maximum penalties, and entered a not guilty plea on her behalf. The defendant signed

[~~PROP~~.] ORDER
[CR 05 0759] [WHA]                    1

1  a $50,000 unsecured bond and promised to abide by the conditions on the bond.  The
2  Court directed the parties to appear before United States District Judge William Alsup on
3  January 3, 2006 at 2:00 p.m. for further proceedings.  The parties requested that the time
4  between December 21, 2005 and January 3, 2006 be excluded from the time requirements
5  of the Speedy Trial Act due to unavailability of both counsel during the holidays.
6       The Court finds that good cause appearing, the time between December 21, 2005
7  and January 3, 2006 is excluded from the time requirements of the Speedy Trial Act.  (18
8  U.S.C. § 3161).  The Court finds that in light of the unavailability of counsel for both the
9  government and the defendant during the holiday season, the time is appropriately
10 excluded in order to provide for continuity of counsel and reasonable time necessary for
11 effective preparation, taking into account due diligence.  The ends of justice served by
12 granting of such continuance and exclusion outweighs the best interest of the public and
13 the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) & (B).
14 IT IS SO ORDERED.
15 December 22, 2005

_____
ELIZABETH LAPORTE
United States Magistrate Judge



[PROP.] ORDER
[CR 05 0759] [WHA]                2