KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN E. BADGER (CSBN 124365)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7199
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 0759 WHA |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER FINDING EXCLUDABLE TIME; SPEEDY TRIAL ACT |
|    v. ) | 18 U.S.C. § 3161(h)(8)(A) & (B) |
| LAURIE GRIFFEN, ) | |
|    Defendant. ) | |

   The parties stipulate as follows:

   1. The parties appeared on January 3, 2006 for defendant Laurie Griffen's initial appearance before this Court on the charges in the above-captioned indictment. Assistant Federal Public Defender Daniel Blank appeared on behalf of the defendant, who was present. Assistant United States Attorney Susan Badger appeared on behalf of the United States. Defendant's initial appearance and arraignment took place on December 21, 2005.

STIP. & [PROP.] ORDER
[CR 05 0759] [WHA]               1

1        2. Government counsel advised/ the Court that approximately 600 pages of
2  discovery have been provided to defense counsel, and agreed that any remaining
3  discovery would be provided by January 6, 2006. Counsel anticipated that the additional
4  documents could total anywhere from 200 to 400 pages. Defense counsel advised the
5  Court that he was in the process of reviewing the discovery with his client, and he would
6  need additional time to do so for effective preparation, taking into account due diligence.
7        3. The parties jointly advised the Court that they were also in the process of
8  discussing potential resolution of this matter. Government counsel advised the Court that
9  she would be unavailable from January 9 through January 16.
10       4. In light of the need for additional time to provide discovery, review discovery,
11 effectively prepare, and discuss potential resolution of this matter, the parties jointly
12 requested that the matter be continued to January 31, 2006 at 2:00 p.m. before this Court.
13 The parties anticipated that at that time, the defendant would enter a change of plea or the
14 parties would request that the Court schedule further proceedings, including motions
15 hearing and trial.
16       5. The Court granted the parties' request and the matter was continued to January
17 31, 2006 at 2:00 p.m. for change of plea or setting of further proceedings.
18       6. The parties jointly move for a finding that the time between January 3, 2006
19 and January 31, 2006 be excluded from the time requirements of the Speedy Trial Act, 18
20 U.S.C. § 3161. The parties move for the exclusion based on the need for reasonable time
21 for effective preparation, taking into account due diligence, and due to the unavailability
22 of counsel.

                            Respectfully submitted,

DATED: 1/18/06       KEVIN V. RYAN
                           United States Attorney

                           /S/ Susan E. Badger
                         SUSAN E. BADGER
                         Assistant United States Attorney

//

STIP. & [PROP.] ORDER
[CR 05 0759] [WHA]         2

| | | |
|---|---|---|
| 1 | DATED:    1/17/06 | BARRY PORTMAN |
| 2 | | Federal Public Defender |
| 3 | | /S/ Daniel Blank |
| | | DANIEL BLANK |
| 4 | | Assistant Federal Public Defender |

6    The Court finds that good cause appearing, the time between January 3, 2006 and
7 January 31, 2006 is excluded from the time requirements of the Speedy Trial Act, 18
8 U.S.C. § 3161.  The Court finds that in light of the fact that a significant amount of
9 documentary discovery has been recently provided, and that more discovery will be
10 forthcoming, and the fact that the parties need additional time within which to discuss
11 potential resolution of this matter, the time is appropriately excluded in order to provide
12 reasonable time necessary for effective preparation, taking into account due diligence.
13 Further, the time is excluded in order to provide continuity of government counsel.  The
14 Court finds that the ends of justice served by granting of such continuance and exclusion
15 outweighs the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §
16 3161(h)(8)(A) & (B).

18 IT IS SO ORDERED.

19    January 18, 2006

[GRANTED — Judge William Alsup, United States District Court, Northern District of California]

STIP. & [PROP.] ORDER
[CR 05 0759] [WHA]                               3