BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant GRIFFEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0759 WHA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| LAURIE GRIFFEN, | ) | |
| | ) | |
| Defendant. | ) | |

   With the concurrence of U.S. Probation Officer Charles Mabie, the parties stipulate and jointly request that the sentencing hearing in the above-captioned matter be continued from the currently set date of May 16, 2006, to facilitate the presentation of evidence to the Court critical to the sentencing decision.

   Specifically, the parties and the probation officer agree that the Court would benefit from the report of a thorough psychiatric evaluation of Defendant Laurie Griffen prior to sentencing. However, undersigned counsel for Ms. Griffen has experienced unforeseen delays in obtaining records of her past psychiatric treatment.  As many of such records as possible must be obtained before a meaningful evaluation can be performed.  In addition, the government experienced unforeseen delays in determining whether the property seized from Ms. Griffen following her arrest could be returned to her so that she could sell it to start paying restitution.  The parties and the

1  probation officer agree that Ms. Griffen should be afforded a meaningful opportunity voluntarily to
2  initiate restitution prior to sentencing so that the Court may benefit from that information about her
3  acceptance of responsibility.
4      For these reasons, the parties jointly request that the sentencing hearing be continued for
5  approximately ninety days to August 22, 2006, at 2:00 p.m.
6  IT IS SO STIPULATED.

7                                      KEVIN V. RYAN
                                    United States Attorney
8

9  DATED: April 17, 2006                  _____/S/_____
                                      SUSAN BADGER
10                                     Assistant United States Attorney

11

12 DATED: April 14, 2006                  _____/S/_____
                                      DANIEL P. BLANK
13                                   Assistant Federal Public Defender
                                  Attorney for Laurie Griffen
14

15 IT IS SO ORDERED.

16 DATED:    4/18/06

17                                   WILLIAM ALSUP
                                  United States District Judge

18

19

20

21

22

23

24

25

26

STIP. & PROP. ORDER                          - 2 -