KEVIN V. RYAN (SBN 118321)
United States Attorney

JOANN M. SWANSON (SBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (SBN 145771)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7161
Facsimile: (415) 436-7169
stephen.johnson1@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAURIE GRIFFEN, <br><br> Defendant. | Case No. CR 05-0759 WHA <br><br> [PROPOSED] <br> **ORDER GRANTING APPLICATION FOR WRIT OF EXECUTION** |

 Upon consideration of the United States' Application For Writ of Execution and for good cause shown,

 IT IS HEREBY ORDERED that the United States' Application For Writ of Execution is granted.

 IT IS FURTHER ORDERED that a Writ of Execution commanding the United States Marshal to satisfy the defendant's judgment by levying on and selling property in which the defendant has a substantial nonexempt interest shall be issued by the Clerk of the Court. The

1  U.S. Marshal's Service is authorized to enter any defendant's former residence to levy that
2  property.
3      IT IS FURTHER ORDERED that the levy and sale of the property and the disposition of
4  the sale proceeds shall be conducted pursuant to 28 U.S.C. § 3203 and the provisions of the
5  Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 et seq., except that the U.S.
6  Marshal's Service may use a professional auctioneer service if appropriate and the sale may be
7  conducted by internet auction, if appropriate.

10  Dated: September 14, 2006



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
APPLICATION FOR WRIT OF EXECUTION
CR 05-0759-01 WHA     -2-