PROPOSED ORDER/COVER SHEET

TO:   Honorable Nandor J. Vadas            RE:   Laurie Griffen
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief          DOCKET NO.:   CR 05-00759 WHA
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

<u>Anthony Granados</u>                      <u>(408) 535-5223</u>
U.S. Pretrial Services Officer             TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☒  reinstated     recalled
Bail ~~Revoked~~/Bench Warrant ~~Issued.~~

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

_____/s/_____             __11/9/06_____
JUDICIAL OFFICER                          DATE

Cover Sheet (12/03/02)