United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00759 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE RE CLAIM OF EXEMPTION** |
| LAURIE GRIFFEN, | |
| Defendant. / | |

The Court has received a letter from defendant with various exhibits, attached hereto. By **NOON** on **MAY 10, 2007**, Mr. Blank will please file a statement indicating whether the Federal Public Defender represents defendant for purposes of post-judgment garnishment. Also by the same deadline, the United States Attorney will please indicate whether the Court should hold a hearing immediately on defendant's claim of exemption or whether further briefing is necessary. The United States Attorney will also please serve this order with its attachments on garnishee, treasurer of San Mateo County. The Clerk is directed to serve this order on defendant at Laurie Griffen, BOP Reg. No. 93387111, FCI Dublin Federal Correction Institution, 5701 8th St. Camp Parks, Dublin, CA 94568.

**IT IS SO ORDERED.**

Dated: May 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE