IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAURIE GRIFFEN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 05-00759 WHA<br><br>**ORDER RE CLAIM OF EXEMPTION AND REQUEST FOR HEARING** |

　　　Defendant's objection to garnishee's answer is **OVERRULED** for the reasons stated in the government's response, dated May 9, 2007. The request for a hearing is **DENIED**. The Clerk is directed to serve this order on defendant at Laurie Griffen, BOP Reg. No. 93387111, FCI Dublin Federal Correction Institution, 5701 8th St. Camp Parks, Dublin, CA 94568.

　　　**IT IS SO ORDERED.**

Dated: May 22, 2007.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE