United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURIE GRIFFEN,<br><br>    Defendant.<br>                                                   / | No. CR 05-00759 WHA<br><br>**ORDER RE WRIT OF EXECUTION** |

      The original writ of execution attached to the Answer of Garnishee (Doc. No. 48) should be returned to Nancy E. Lofdahl, the attorney for JoAnn Johnson. The Clerk is **DIRECTED** to make a copy of the original writ and append the copy to the Answer. The original writ should be sent to Nancy E. Lofdahl, 870 Market Street #1112, San Francisco, California 94102.

      **IT IS SO ORDERED.**

Dated: May 24, 2007.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE