**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00759 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE ON APPLICATION FOR DISPOSITION ORDER** |
| LAURIE GRIFFEN, | |
| Defendant. | |

Any opposition or other response to the government's application for disposition order must be filed by **JUNE 8, 2007**. Any reply thereafter will be due by **JUNE 13, 2007**. The Clerk is directed to serve this order on defendant at Laurie Griffen, BOP Reg. No. 93387111, FCI Dublin Federal Correction Institution, 5701 8th St. Camp Parks, Dublin, CA 94568.

**IT IS SO ORDERED.**

Dated: May 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE