**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00759 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING APPLICATION FOR DISPOSITION ORDER** |
| LAURIE GRIFFEN, | |
| Defendant. | |

Plaintiff United States of America has submitted an application for a disposition order, requiring the garnishee, Maid Green Residential Cleaning, to pay to the plaintiff from wages, salary, or commissions of the defendant-judgment debtor Laurie Griffen her nonexempt disposable earnings (Dkt. No. 100). The garnishee filed an answer on March 9, 2012. The docket does not reflect that defendant received of copy of the answer. "Within 20 days after receipt of the answer, the judgment debtor or the United States may file a written objection to the answer and request a hearing." 28 U.S.C. 3205(b)(5). "After the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property." *Id*. at 3205(b)(7).

Plaintiff's application for disposition order is premature. There is no indication that

defendant received the garnishee's answer and the time to object, assuming plaintiff did receive the garnishee's answer, has not expired. The motion is **DENIED** without prejudice to refiling upon expiration of the time to file a written objection to the answer and request a hearing.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE